Overholt *v.* Blue Star Hosiery Company et al., Appellants.

732

 Argued December 9, 1968; reargument refused March 31, 1969. *Richard D. Harburg,* with him *Swartz, Campbell & Detweiler,* for appellants; *Stanford S. Hunn,* with him *Pearlstine, Salkin, Hardiman, Robinson & Hunn,* for appellee.

Judgment affirmed.